UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **MARTIESA SMITH,** § § | |
| Plaintiff, § § | |
| v. § § | CIVIL ACTION NO. 4:21-CV-3134 |
| **HARRIS HEALTH SYSTEM,** *et al.*, § § § , § § | |
| Defendant. | |

### FINAL JUDGMENT

In accordance with the Memorandum and Order entered on April 3, 2023, it is hereby

**ORDERED** that Defendant Harris Health System's Motion to Dismiss (Dkt. No. 27) is **GRANTED**. The case is hereby **DISMISSED WITH PREJUDICE**.

This is a final, appealable judgment.

**SIGNED** in Houston, Texas on April 4, 2023.

Sam S. Sheldon
United States Magistrate Judge